## Silvina REYMAN, Petitioner,

v.

## OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2011–3045.

United States Court of Appeals, Federal Circuit.

May 9, 2011.

Antonia R. Soares, Department of Justice, Washington, DC, for Respondent.

Silvina Reyman, Zambales, Philippines, pro se.

ON MOTION

ORDER

Silvina Reyman moves for leave to proceed in forma pauperis and to file his Fed. Cir. R. 15(c) statement concerning discrimination. The court treats Reyman's submission as a motion for reconsideration of the February 4, 2011 order dismissing this appeal for failure to pay the filing fee and for failure to file the Fed. Cir. R. 15(c) statement concerning discrimination.

Upon consideration thereof,

It Is Ordered That:

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The motion for reconsideration will be granted, the dismissal order will be vacated, and the petition will be reinstated, if Ryman files her brief within 45 days of the date of filing of this order.